THE STATE, EX REL. GARGALLO, v. ROSE, JUDGE, COURT OF
COMMON PLEAS, DIVISION OF DOMESTIC RELATIONS.

[Cite as State, ex rel. Gargallo, v. Rose (1970),
24 Ohio St. 2d 47.]

(No. 70-96—Decided October 14, 1970.)

*Mr. Miguel A. Gargallo, in propria persona.*
*Mr. C. Howard Johnson,* prosecuting attorney, and *Mr.
Tommy L. Thompson,* for respondent.

*Per Curiam.* This is an action in prohibition originat-
ing in this court. In this action, relator seeks to prevent
respondent, Judge of the Common Pleas Court, Division of
Domestic Relations, from participating further in rela-
tor's divorce case. Respondent judge has voluntarily with-
drawn from the divorce case. Therefore, the petition is
dismissed.

*Petition dismissed.*

O'NEILL, C. J., SCHNEIDER, HERBERT, CORRIGAN and
LEACH, JJ. concur.
DUNCAN and STERN, JJ., not participating.